**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2329

ERIC SHANE THRONEBURG,

Plaintiff - Appellant,

versus

CHARLES R. PERDUE, JR.,

Defendant - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. David A. Faber, Chief District Judge. (1:06-cv-00203)

Submitted: September 7, 2007      Decided: September 27, 2007

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William J. Akers, AKERS LAW OFFICE, Princeton, West Virginia, for Appellant. Stuart A. McMillan, Diana Leigh Johnson, BOWLES, RICE, MCDAVID, GRAFF & LOVE, PLLC, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Shane Throneburg appeals the district court's order granting summary judgment to Defendant and dismissing Throneburg's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Throneburg v. Perdue</u>, No. 1:06-cv-00203 (S.D. W. Va. Nov. 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>